IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROBERT LEWIS,                  )
                               )
            Plaintiff,         )
                               )
    v.                         )     1:19CV418
                               )
HUBERT PETERKIN, et al.,       )
                               )
            Defendants.        )
```

## ORDER

On November 22, 2019, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 23, 24.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss filed by Defendants Hubert Peterkin and Hoke County, (Doc. 12), is **DENIED.**

This the 16th day of January, 2020.

_____
United States District Judge