UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:19-CV-00418-WO-JLW

| | |
|---|---|
| ROBERT LEWIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |
| HOKE COUNTY, HUBERT PETERKIN, ) | |
| SOUTHERN HEALTH PARTNERS, INC., ) | |
| NEKIA REVELS, KATHRYN MCKENZIE, ) | |
| JANE DOE, ) | |
|     Defendants ) | |

NOW COMES the Defendant, Southern Health Partners, Inc., by and through the undersigned counsel and respectfully moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of an Order granting it summary judgment on the grounds that the undisputed evidence demonstrates a lack of any genuine issue of material fact and entitles this Defendant to judgment as a matter of law pursuant to local civil Rule 56.1(g).

WHEREFORE, this Defendant prays unto the Court for an entry of an Order granting its Motion for Summary Judgment and dismissal of Plaintiff's Complaint WITH PREJUDICE.

This the 23rd of September, 2022.

Respectfully submitted,

/s/ Jay C. Salsman
N.C. State Bar Number: 34187
/s/A. Ruthie Sheets
N.C. State Bar Number: 52397
Email: jcs@harriscreech.com
Email: ars@harriscreech.com
Harris, Creech, Ward & Blackerby, P.A.
325 Pollock Street
P. O. Drawer 1168
New Bern, NC 28563-1168
Telephone: (252) 638-6666
Facsimile: (252) 638-3542
Attorneys for Defendant Southern Health Partners, Inc.
   and Kathryn McKenzie

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system. I further certify that I have served the foregoing document on the following non-CM/ECF participant by depositing a copy of the same in the United States Postal Service via first class mail and addressed as follows:

>Mr. Robert Lewis
>#0240864
>Nash Correctional Institution
>P. O. Box 600
>Nashville, NC 27856

This the 23rd day of September, 2022.

>/s/ Jay C. Salsman
>N.C. State Bar Number: 34187
>/s/ A. Ruthie Sheets
>N.C. State Bar Number: 52397
>Email: jcs@harriscreech.com
>Email: ars@harriscreech.com
>Harris, Creech, Ward & Blackerby, P.A.
>325 Pollock Street
>P. O. Drawer 1168
>New Bern, NC 28563-1168
>Telephone: (252) 638-6666
>Facsimile: (252) 638-3542
>Attorneys for Defendant Southern Health Partners, Inc.
>   and Kathryn McKenzie

/8419